**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-2153**

———————

LIBAMBU M. SCHILLER,

Plaintiff - Appellant,

versus

STATE DEPARTMENT, United States Embassy
Kinshasa/Zair,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-97-652-A)

———————

Submitted: December 11, 1997      Decided: December 24, 1997

———————

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Libambu M. Schiller, Appellant Pro Se. Jeri Kaylene Somers, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Appellee's motion to dismiss for lack of subject matter jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Schiller v. State Dep't</u>, No. CA-97-652-A (E.D. Va. Aug. 7, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>